# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159531(102)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LEOLA ROBERTSON, Personal
Representative of the ESTATE OF
MARTEL ROBERTSON,
        Plaintiff-Appellee,

v

LADARIUS DEANGELO JOHNSON,
        Defendant,
and

U-HAUL CO. OF MICHIGAN, also known as
2013 U-HAUL TITLING 1, LLC,
        Defendant-Appellant.
_____/

SC: 159531
COA: 337961
Wayne CC: 15-010455-NI

On order of the Chief Justice, the motion of Truck Renting and Leasing Association to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before September 17, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2019



Clerk